IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DEBBIE J. NEUMANN,<br><br>　　　　　　　Defendant. | 4:13CR3034<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1)  The defendant's motion for screening and release, (filing no. 16), is granted in part.

2)  Pretrial Services shall have the defendant screened to determine her eligibility for a short-term adult residential substance abuse treatment program. Once the screening is completed, and a report has been prepared, the Pretrial Services Officer will notify the undersigned and a hearing will be scheduled to address whether the defendant may be released for treatment.

May 23, 2013

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge