# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                            Plaintiff,

              v.

DEBBIE J. NEUMANN,

                    Defendant.

### ORDER SETTING CONDITIONS OF RELEASE

Case Number: 4:13CR3034

The defendant's motion for release, (filing no. 16), is granted, and

**IT IS ORDERED** that the defendant is released subject to the following conditions:

(1)    The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)    The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)    The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(4)    The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

    The defendant shall next appear at:

    Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska,

    Before  Richard G. Kopf, Senior U. S. District Judge

    Courtroom No.    1        5th     Floor,  at 9:00 AM  on July 22, 2013

# ADDITIONAL CONDITIONS OF RELEASE

    Upon finding that release subject to the above conditions will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,

    **IT IS FURTHER ORDERED** that the release of the defendant is also subject to the following conditions:

**Court Supervision and Restrictions.**  The defendant shall:

- Truthfully report to the United States Pretrial Services Office as directed [telephone no. (402)437-1680] and comply with their directions. (a)
- Maintain or actively seek employment. (d)
- Obtain no passport.  Surrender any passport to U.S. Pretrial Services. (f)

• Abide by the following restrictions on personal associations, place of abode, or travel: (g)

**Not leave Nebraska**

• Avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: (h)

• Reside at Siena Francis House, Omaha, NE facility at all times and comply with all the rules of such facility. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release. (k)

• Not possess a firearm, destructive device, or other dangerous weapon. (l)

• Refrain from     any possession or use of alcohol. (m)

• Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. (n)

• Submit to any method of testing at his/her own expense as required by the officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, blood tests, and/or a remote alcohol testing system.  Defendant shall not obstruct or attempt to obstruct or tamper in any fashion with the efficiency and accuracy of any substance testing equipment, nor submit samples of body fluids which are not his/her own, nor otherwise adulterate any samples submitted for testing.  All collections of fluids for testing shall be at the defendant's expense, payable at the time of collection. (o)

• Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; and ( X ) pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer.  Copies of the evaluator's reports and recommendations shall be given to all counsel and the court. (q)

• Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. (s)

• Not be with, associate with, or communicate with persons known or suspected to be or to have been involved in drug use or  trafficking or weapons possession or weapons trafficking without the prior approval of the supervising officer or the Court  as required by a treatment regimen.

• Submit to search of person, place of residence or vehicle, upon request of law enforcement or Pretrial Services. (w)

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation.  It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____        _____
City and State                              Telephone

## DIRECTIONS TO UNITED STATES MARSHAL

☒ The defendant is ORDERED released after processing.

☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

_____
6/10/13
Date

_____
s/Cheryl R. Zwart
United States Magistrate Judge