IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3034 |
| | ) | |
| V. | ) | |
| | ) | |
| DEBBIE J. NEUMANN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1)     The defendant's motion for travel authorization (filing 35) is granted.

(2)     The defendant's motion to continue sentencing (filing 34) is granted. The defendant's sentencing is continued until June 4, 2014, at 12:00 noon, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

(3)     The defendant's motion to seal (filing 33) is granted.

DATED this 11th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge