IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3034 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| DEBBIE J. NEUMANN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the advice of Supervising United States Probation Officer Norton that the defendant has previously received, at the time of the original sentence, the benefit of Amendment 782, that she is therefore not entitled to a further reduction, and that SUSPO Norton's assertion being true (see filing no. 46 (noting the variance)),

IT IS ORDERED that the Motion for Sentence Reduction (filing no. 48) and the related motion for transcript (filing no. 49) are denied. The Clerk shall mail a copy of this Memorandum and Order to the defendant.

DATED this 16th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge